UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                         **CRIMINAL ACTION NO. 2:21-cr-00025**

**OJI WILLIAMS**

### MEMORANDUM OPINION AND ORDER

On January 17, 2025, the court entered an order denying defendant Oji Williams' ("Williams") motion for compassionate release (ECF Nos. 123, 124). ECF 128. Later the same day, still another request was received in which Williams complains of the spread of COVID-19 at FCI Loretto, the institution he is serving the remainder of his sentence.

Williams requests immediate release. He attaches a letter from FCI Loretto dated January 14, 2025, addressed to the inmates in custody, in which it is apparent that the institution is aware of the COVID-19 spread, is isolating those affected, and is making recommendations as to precautions inmates should take.

Inasmuch as it appears from its letter that FCI Loretto is adequately attempting to manage COVID-19 concerns, it is ordered that Williams' request for immediate release is denied.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: January 21, 2025

_____
John T. Copenhaver, Jr.
Senior United States District Judge