```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
                AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              Criminal Action No. 2:21-cr-00025

**OJI WILLIAMS**

## MEMORANDUM OPINION AND ORDER

On January 21, 2025, the court received a letter motion request from defendant Oji Williams that the court commute the remainder of his sentence. Within the past 30 days the court has received three other such letter motion requests, all of which have been denied by orders entered on January 17, 2025, and January 21, 2025. ECF Nos. 128, 129.

Inasmuch as this letter motion request is groundless, it is denied.

It is ordered that the letter motion request received January 17, 2025, as well as the letter motion request received January 21, 2025, be filed with the Clerk.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: January 22, 2025

_____
John T. Copenhaver, Jr.
Senior United States District Judge

2